# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK JORGENSEN and GREG CONGER, as Trustees of the Southern California United Food and Commercial Workers Unions and Food Employers Joint Pension Trust Fund,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOLARI'S OF CALIFORNIA, INC. dba SCOLARI'S FOOD AND DRUG COMPANY, et al.,<br><br>Defendants. | Case No.: SACV 14-01211-CJC(RNBx)<br><br>**PRELIMINARY INJUNCTION** |

## I.  INTRODUCTION & BACKGROUND

Plaintiffs Frank Jorgensen and Greg Conger's, as trustees of the Southern California United Food and Commercial Workers Unions and Food Employers Joint Pension Trust Fund (collectively, the "Fund"), motion for a preliminary injunction came

before the Court on September 30, 2014.  On November 11, 2014, the Court issued an Order granting the Fund's motion for a preliminary injunction and finding that, under the Employee Retirement Income Security Act of 1974 ("ERISA") 29 U.S.C. § 1001 *et seq.*, the Fund was entitled to interim withdrawal liability payments from Defendants Scolari's of California, Inc. dba Scolari's Food and Drug Company, Scolari's Warehouse Markets, Inc. dba Scolari's Food and Drug Company, Pyramid Shopping Center, LLC, Orcutt Boys Enterprises, LP, and Two/Twenty-One, Inc. (collectively, "Defendants").

IT IS HEREBY ORDERED that, within 21 calendar days, Defendants pay all past due scheduled interim withdrawal liability payments to the Fund in the amount of $77,934.00 per month for each calendar month from April 2013 through November 2014, totaling $1,558,680.00.  Commencing December 1, 2014, Defendants are further ORDERED to timely pay monthly interim withdrawal liability payments of $77,934.00 on the first day of each month until the completion of the arbitration proceedings.

DATED:     November 12, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE